UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

BIO ENTERPRISES, INC. and KAY CASPERSON,

        Plaintiffs,                          07 Civ. 7049 (VM)

    v.                               **Rule 7.1 Statement**

IDEAL HEALTH, INC.,                            **ECF Case**

        Defendant.

-----------------------------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or refusal, the undersigned counsel for Bio Enterprises, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

NONE

Date:  August 7, 2007                             /s/   Carole R.  Bernstein
                                                                Signature of Attorney
                                                                Attorney Bar Code:  CB-8343