AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

BIO ENTERPRISES, INC. and KAY CASPERSON,

                       Plaintiffs,

-against-

IDEAL HEALTH, INC.,

                       Defendant.

**APPEARANCE**

Case Number: 07 Civ. 7049 (VM)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendant, Ideal Health, Inc.

    I certify that I am admitted to practice in this court.

| 9/21/2007 | | |
|---|---|---|
| Date | Signature | |
| | Neil J. Moritt | (NM-2533) |
| | Print Name | Bar Number |
| | Moritt Hock Hamroff & Horowitz LLP, 400 Garden City Plaza | |
| | Address | |
| | Garden City     NY     11530 | |
| | City      State      Zip Code | |
| | (516) 873-2000 | (516) 873-2010 |
| | Phone Number | Fax Number |