UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

BIO ENTERPRISES, INC. and KAY CASPERSON,

                    Plaintiffs,

07 Civ. 7049 (VM)

-against-

**AFFIDAVIT
OF SERVICE**

IDEAL HEALTH, INC.,

                    Defendant.

**ECF Case**
(Jury Trial Demanded)

----------------------------------------------------------------X

STATE OF NEW YORK)
                ) ss.:
COUNTY OF NASSAU )

    Dagmar Rowinsky, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside at New Hyde Park, New York.

    On the 21st day of September, 2007, I served a true copy of the Appearance by first class mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

    Carole R. Bernstein, Esq.
    Attorney for Plaintiff
    41 Maple Avenue North
    Westport, Connecticut 06880

_____
Dagmar Rowinsky

Sworn to before me this
21st day of September, 2007.

_____
Notary Public

CAROL LYNNE HUVAR
NOTARY PUBLIC, State of New York
No. 4604634
Qualified in Suffolk County
Commission Expires 5/31/10