```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-27-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BIO ENTERPRISES, INC. and KAY CASPERSON,

                    Plaintiffs,

          -against-

IDEAL HEALTH, INC.,

                    Defendant.
------------------------------------------------------------X

07 Civ. 7049 (VM)

STIPULATION
EXTENDING TIME
TO ANSWER

ECF Case
(Jury Trial Demanded)

IT IS HEREBY STIPULATED, by and between the above-named parties, by their respective counsel, that Defendant's time to appear, answer or otherwise move (except for objections based on a defect in the summons or in the service of the summons) with respect to the Summons or to the Complaint in this action, be and the same hereby is extended to and including the 1st day of November, 2007.

Dated: Westport, Connecticut
       September 11, 2007

LAW OFFICES OF CAROLE R. BERNSTEIN
Attorneys for Plaintiff

By: _____
   Carole R. Bernstein (CB-8343)
41 Maple Avenue North
Westport, Connecticut 06880
(203) 255-8698

Dated: Garden City, New York
       September 11, 2007

MORITT HOCK HAMROFF &
   HOROWITZ LLP
Attorneys for Defendant

By: _____
   Neil J. Moritt (NM-2533)
400 Garden City Plaza
Garden City, New York 11530
(516) 873-2000

SO ORDERED: 27 September 2007

                   Victor Marrero    U.S.D.J.

F:\Ideal Health\Bio Enterprises\Docs\Stipulation Eta.DOC