UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

BIO ENTERPRISES, INC. and KAY CASPERSON,

                                Plaintiffs,

                    -against-

IDEAL HEALTH, INC.,

                                Defendant.

-------------------------------------------------------------------X

07 Civ. 7049 (VM)

**AFFIDAVIT**
**OF SERVICE**

**ECF Case**
(Jury Trial Demanded)

STATE OF NEW YORK)
                   ) ss.:
COUNTY OF NASSAU )

       Doreen C. Sarovec, being duly sworn, deposes and says:  I am not a party to the action, am over 18 years of age and reside at Lake Ronkonkoma, New York.

       On the 1st day of November, 2007, I served a true copy of the Answer with Affirmative Defenses and Counterclaims by first class mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

       Carole R. Bernstein, Esq.
       Attorney for Plaintiff
       41 Maple Avenue North
       Westport, Connecticut  06880

                                   /s/ Doreen C. Sarovec
                                   Doreen C. Sarovec

Sworn to before me this
1st day of November, 2007.

Elizabeth A. Augello
    Notary Public
State of New York
NO. 01AU6039945
Qualified in Nassau County
Commission Expires 4/10/2010