UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

BIO ENTERPRISES, INC. and KAY CASPERSON,

                      Plaintiffs,

    -against-

IDEAL HEALTH, INC.,

                      Defendant.

-------------------------------------------------------------------X

07 Civ. 7049 (VM)

**ECF Case**

## DISCLOSURE STATEMENT
## OF DEFENDANT UNDER FED. R. CIV. P. 7.1

    Defendant Ideal Health, Inc. ("Ideal Health") certifies that it is a non-governmental corporation organized and existing under the laws of the State of Nevada, with its principal place of business in Byfield, Massachusetts. Ideal Health submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, for the use of the judges of this Court:

    1. Ideal Health is not a publicly-held corporation or other publicly-held entity.

    2. Ideal Health does not have any parent corporation.

    3. No publicly-held corporation owns 10 percent or more of Ideal Health's stock.

Dated: Garden City, New York
       November 1, 2007

                                  MORITT HOCK HAMROFF & HOROWITZ LLP
                                  Attorneys for Defendant Ideal Health, Inc.

                                  By:    /s/ Joshua B. Summers, Esq.
                                        Joshua B. Summers, Esq. (JS4179)
                                  400 Garden City Plaza
                                  Garden City, New York 11530
                                  (516) 873-2000