UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

BIO ENTERPRISES, INC. and KAY CASPERSON,

                               07 Civ. 7049 (VM)

                  Plaintiffs,

         -against-                       **AFFIDAVIT**
                                      <u>**OF SERVICE**</u>

IDEAL HEALTH, INC.,

                  Defendant.            **ECF Case**
                                    (Jury Trial Demanded)
-------------------------------------------------------------------X

STATE OF NEW YORK)
COUNTY OF NASSAU ) <sup>SS.:</sup>

      Gail Drucker, being duly sworn, deposes and says:  I am not a party to the action, am over 18 years of age and reside at Valley Stream, New York.

      On the 2nd day of November, 2007, I served a true copy of the Disclosure Statement of Defendant Under Fed.R.Civ. P.7.1 by first class mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

      Carole R. Bernstein, Esq.
      Attorney for Plaintiff
      41 Maple Avenue North
      Westport, Connecticut  06880

                                 ____/s/ Gail Drucker_____
                                     Gail Drucker

Sworn to before me this
2nd day of November, 2007.


__/s/ Elizabeth A. Augello
Notary Public, State of New York
No. 01AU6039945
Qualified in Nassau County
Commission Expires 04/10/2010