UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BIO ENTERPRISES, INC. and KAY CASPERSON,

                     Plaintiff,                                     07 CIVIL 7049 ( vm )

    -against-

IDEAL HEALTH, INC.,

                     Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

☒ *Attorney*

    ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: JS4179

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From:   Ellenoff Grossman & Schole, LLP

    To:     Moritt Hock Hamroff & Horowitz, LLP

    ☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* 400 Garden City Plaza, Garden City, NY 11530

☒ *Telephone Number:* (516) 873-2000

☒ *Fax Number:* (516) 873-2010

☒ *E-Mail Address:* jsummers@moritthock.com

Dated: November 2, 2007

                                         JOSHUA SUMMERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
BIO ENTERPRISES, INC. and KAY CASPERSON,

                      Plaintiff,                       07 **CIVIL** 7049 ( vm )

        -against-

IDEAL HEALTH, INC.,

                      Defendant.
----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
       JS4179

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: Ellenoff Grossman & Schole, LLP

    To: Moritt Hock Hamroff & Horowitz, LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* 400 Garden City Plaza, Garden City, NY 11530

☒ *Telephone Number:* (516) 873-2000

☒ *Fax Number:* (516) 873-2010

☒ *E-Mail Address:* jsummers@moritthock.com

Dated: November 2, 2007

                               JOSHUA SUMMERS